**SCOVILL MANUFACTURING COMPANY, Plaintiff-Appellant, v. SAGAMOR METAL GOODS CORPORATION, Defendant-Appellee.**

No. 47.

Circuit Court of Appeals, Second Circuit.
Nov. 5, 1934.

Philipp, Sawyer, Rice & Kennedy, of New York City (H. Monroe Humason, of New York City, of counsel), for appellant.

Frank J. Kent and Charles F. Chisholm, both of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

---

**SHAWKEE MFG. CO. et al., v. HARTFORD-EMPIRE CO.**

No. 5203.

Circuit Court of Appeals, Third Circuit.
July 3, 1934.

See, also, 68 F.(2d) 726, and 292 U S. 640, 54 S. Ct. 773, 78 L. Ed. 1492.

Wm. B. Jaspert, of Pittsburgh, Pa., Otto R. Barnett, of Chicago, Ill., and Jo. Bailey Brown, of Pittsburgh, Pa., for appellants.

Thomas G. Haight, of Jersey City, N. J., and Byrnes, Stebbins & Blenko, of Pittsburgh, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

DAVIS, Circuit Judge.

After due consideration, it is ordered that the petition of defendants-appellants for leave to file a bill of review be, and the same is hereby, denied.

---

**SKELLY OIL CO. v. UNIVERSAL OIL PRODUCTS CO.**

No. 3781.

Circuit Court of Appeals, Third Circuit.
April 4, 1934.

Arthur G. Logan, of Wilmington, Del., Dean S. Edmonds and Charles W. Riley, both of New York City, W. P. Z. German, of Tulsa, Okl., Marvel Morford, Ward & Logan, of Wilmington, Del., and Pennie, Davis, Marvin & Edmonds, of New York City, for appellant.

Thomas G. Haight, of Jersey City, N. J., William F. Hall and Charles M. Thomas, both of Washington, D. C., for appellee.

Before BUFFINGTON and DAVIS, Circuit Judges.

DAVIS, Circuit Judge.

Upon consideration of the motion of defendant-appellant for order granting District Court leave to consider an application to reopen proofs and after hearing arguments of counsel thereon, it is ordered that the said motion be, and the same is hereby, denied.